IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Peake II, Harold E
Peake, Kim Dorene
Printed:  3/4/08

Case Number:  05 B 01398
Judge:  Hollis, Pamela S
Filed:  1/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  February 15, 2008
Confirmed:  March 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,506.68 |  |
| Secured: |  | 5,602.97 |
| Unsecured: |  | 3,519.22 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,555.20 |
| Trustee Fee: |  | 615.38 |
| Other Funds: |  | 7,213.91 |
| Totals: | 19,506.68 | 19,506.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,555.20 | 2,555.20 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 1,916.53 | 1,916.53 |
| 4. | Countrywide Home Loans Inc. | Secured | 9,316.99 | 3,686.44 |
| 5. | Nicor Gas | Unsecured | 189.71 | 189.71 |
| 6. | Illinois Student Assistance Commission | Unsecured | 1,966.67 | 1,966.67 |
| 7. | AT&T Wireless | Unsecured | 43.21 | 43.21 |
| 8. | Onyx Acceptance Corp | Unsecured | 368.40 | 368.40 |
| 9. | Nicor Gas | Unsecured | 94.25 | 94.25 |
| 10. | AT&T Wireless | Unsecured | 73.57 | 73.57 |
| 11. | Resurgent Capital Services | Unsecured | 119.57 | 119.57 |
| 12. | AT&T Wireless | Unsecured | 24.84 | 24.84 |
| 13. | Resurgent Capital Services | Unsecured | 110.77 | 110.77 |
| 14. | United States Dept Of Education | Unsecured | 528.23 | 528.23 |
| 15. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 18. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 19. | Sallie Mae | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,307.94 | $ 11,677.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 39.00 |
| 3% | 29.25 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Peake II, Harold E
Peake, Kim Dorene
Printed:  3/4/08

Case Number:  05 B 01398
Judge:  Hollis, Pamela S
Filed:  1/18/05

| | |
|---|---:|
| 5.5% | 125.13 |
| 5% | 48.75 |
| 4.8% | 77.99 |
| 5.4% | 295.26 |
| | _____ |
| | $ 615.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____